NUMBER 13-07-711-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE ARLEN RAY TENBERG

 

On Petition for Writ of Mandamus 

MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Garza and Vela


Per Curiam Memorandum Opinion (1)




 Relator, Arlen Ray Tenberg, pro se, filed a petition for writ of mandamus in the
above cause on November 26, 2007.

 The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the relief
sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R. App.
P. 52.8(a).


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed

this 6th day of December, 2007.

 

 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).